IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

TROY RODDY                                                                                    PLAINTIFF

V.                                     CASE NO. 6:17-CV-06053

WENDY KELLEY, *et al.*                                                                    DEFENDANTS

## JUDGMENT

Pursuant to the Order of even date, **IT IS CONSIDERED**, **ORDERED**, and **ADJUDGED** that this matter is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ADJUDGED**, this 5th day of October 2017.

                                            /s/ Susan O. Hickey
                                            Susan O. Hickey
                                            United States District Judge